Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
(208) 359-5532
ryanballardlaw@gmail.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEPHANIE BALLARD, | Case No.: 4:15-cv-334 |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| NORTH SHORE AGENCY, LLC, a New York limited liability company, COLLECTO, INC., a Massachusetts corporation doing business as EOS CCA, | |
| Defendants. | |

COMES NOW the Plaintiff Stephanie Ballard, by and through her counsel of record, Ryan A. Ballard of Ballard Law, PLLC, and lodges this notice of dismissal with prejudice as the parties have resolved their issues and Plaintiff no longer wishes to pursue this action. Each party will bear its own attorney fees and costs.

DATED: October 2, 2015.

/s/ Ryan A. Ballard
Ryan A. Ballard
Ballard Law, PLLC

**Notice of Dismissal - Page 1 of 1**